UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAMEL WILLIAMS, *on behalf of herself and all others similarly situated*,

        Plaintiff,

-against-

MOTORSPORT AFTERMARKET GROUP, INC. and ROLL AND COMPANY, INC.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2020

1:20-cv-2305 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiff initiated this action by filing a complaint on March 15, 2020 [ECF #1]. On April 28, 2020, Plaintiff filed a notice of voluntary dismissal as to Defendant Motorsport Aftermarket Group, Inc. [ECF #8; *see also* ECF #9]. On May 28, 2020, Plaintiff filed proof of service indicating that Defendant Roll And Company, Inc. was served with the complaint on April 30, 2020 [ECF #10]. To date, Defendant Roll And Company has not answered the complaint or otherwise appeared in this action.

    Accordingly, IT IS HEREBY ORDERED that any motion for entry of a default judgment shall be filed by November 4, 2020. Plaintiff is directed to follow the procedures applicable to default judgments under the Court's Individual Rules and Practices for Civil Cases, available at the Court's website. Failure to move for a default judgment by November 4, 2020 may result in dismissal of this action against Defendant Roll And Company for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Date: October 20, 2020
      New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**